UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ULISES CASTRO-GARCIA,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ, and
7. FERNANDO CAMACHO-ZUNIGA,
   a/k/a "Kiko",

    Defendants.

## ORDER

    **IT IS ORDERED** that the Motions Hearing set for **4:00 p.m. on October 5, 2006** is reset to **4:30 p.m. on October 5, 2006** in Courtroom A901, 901 19th Street, Denver, Colorado.

    Dated this 20th day of September, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        Marcia S. Krieger
        United States District Judge