UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ABEL ALEJANDRO GARCIA-RAMIREZ
   a/k/a/ Ulises Castro-Garcia,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

       Defendants.

_____

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**
_____

       Upon consideration of the Government's Oral Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to Attorneys for the Defendants pursuant to Rule 6(e)(3)(C)(i) of Federal Rules of Criminal Procedure, it is

ORDERED that a copy of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED, that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

Dated this 6th day of October, 2006

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge